United States Bankruptcy Court
District of Colorado

In re:  
Brittany Lynn Annis  
    Debtor

Case No. 09-20770-SBB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: dennisp      Page 1 of 1      Date Rcvd: Aug 17, 2011  
                   Form ID: 241      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2011.  
db      +Brittany Lynn Annis,    11875 Claude Way,    Northglenn, CO 80233-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2011**                      **Signature:** _Joseph Speetjens_

(COB #241 voMotRFS)(02/10)

# IN THE UNITED STATES BANKRUPTCY COURT
### District of Colorado,

Case No. **09–20770–SBB**

In re:  Brittany Lynn Annis

     Debtor(s)

## ORDER ON MOTION FOR RELIEF FROM STAY

Public Service Credit Union , ("Movant,") has filed herein a Motion for Relief from Stay, document no. **48 ,**

**[ x ]** 1. to foreclose on and/or take possession and control of property described as follows:

**2004 Jeep Liberty VIN: 1J4GL48K94W243077**

**[ ]** 2. to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in:  **.**

**[ ]** 3. other:

    The court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post−petition property).

    IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  8/17/11                                      BY THE COURT:

                                                        s/ Sidney B. Brooks
                                                        United States Bankruptcy Judge